ORIGINAL

**FILED**

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0392

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 22-0392

KATHAN JOHNSON,

Petitioner,

v.

CAPTAIN VALDEZ,

Respondent.

FILED

AUG 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

In a recently filed Petition for Writ of Habeas Corpus, Kathan Johnson maintains that his incarceration is illegal because he was charged on February 19, 2021, for several offenses and he has not been to trial. He asserts a violation of his constitutional right to a speedy trial. He also indicates that his bail is excessive and that his driving under the influence offense has been dismissed twice, violating his right to be free from double jeopardy. Johnson is currently held in the Yellowstone County Detention Center.

We addressed Johnson's similar claims about malicious prosecution and illegal incarceration last month. This Court denied and dismissed his petition for habeas corpus relief because Johnson's incarceration was due to his four pending, criminal matters. *Johnson v. Thirteenth Judicial District Court and Captain Valdez*, No. OP 22-0370, Order (Mont. July 26, 2022). Not much has changed since our prior Order, except possibly one less pending case in court.

Johnson is not entitled to habeas corpus relief. Johnson has not demonstrated want of bail, pursuant to § 46-22-103, MCA, and we conclude that his incarceration is not illegal. Upon the issuance of final judgments, Johnson has the remedy of appeal. Section 46-20-104(1), MCA. Therefore,

IT IS ORDERED Johnson's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Michael G. Moses, District Court Judge; Terry Halpin, Clerk of District Court, Yellowstone County, under Cause No. DC 21-236; Jacob Andrew Yerger, Yellowstone County Deputy Attorney; Michael Malone, Defense Counsel; Captain Valdez, Yellowstone County Detention Center, and Kathan D. Johnson personally.

DATED this 9th day of August, 2022.

_____

_____

_____

_____

_____
Justices